# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>Shadow Segura,<br><br>                                    Defendant. | Case No. 21CR1559-H-20<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1), 846; 21:853; 18:924(d)(1); 28:2461(c); 18:982(a)(1) – Conspiracy to Distribute Methamphetamine; Criminal Forfeiture (1)

21:841(a)(1); 18:2; 21:853; 18:924(d)(1); 28:2461(c); 18:982(a)(1) – Possession of Methamphetamine with Intent to Distribute; Aiding and Abetting; Criminal Forfeiture (4)

Dated:  5/23/2024

Hon. Michael S. Berg
United States Magistrate Judge